UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John David Wuko a/k/a John Wuko and Alisa Jean Wuko a/k/a Alisa J. Wuko,<br>   Debtor | CHAPTER 7<br><br>BANKRUPTCY NO.<br>16-13820-MDC |
| Specialized Loan Servicing LLC,<br>as Loan Servicing Agent for Wilmington Trust,<br>National Association, as Successor Trustee to<br>Citibank, N.A., as Trustee for Bear Stearns<br>Asset Backed Securities Trust 2007-2, Asset<br>Backed Certificates, Series 2007-2,<br>   Movant<br> v. | |
| John David Wuko a/k/a John Wuko and Alisa<br>Jean Wuko a/k/a Alisa J. Wuko,<br>   Respondent | |
| Robert H. Holber<br>  Additional Respondent | |

<u>PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Movant's Motion for Relief from the Automatic Stay in the above captioned action, without prejudice.

Respectfully submitted,

THE LAW OFFICES OF BARBARA A. FEIN, P.C.

BY: /s/ Barbara A. Fein, Esquire
    Attorney ID 53002
    Attorney for Specialized Loan Servicing LLC,
    as Loan Servicing Agent for Wilmington Trust,
    National Association, as Successor Trustee to
    Citibank, N.A., as Trustee for Bear Stearns Asset
    Backed Securities Trust 2007-2, Asset Backed
    Certificates, Series 2007-2
    721 Dresher Road, Suite 1050
    Horsham, PA 19044
    Phone - 215-653-7450
    Fax - 215-653-7454
    E-mail: BarbaraF@lobaf.com

Date: July 30, 2016